JOHN KNEIB, PLAINTIFF IN ERROR, v. THE PEOPLE OF THE STATE OF NEW YORK, DEFENDANTS IN ERROR.

*Ordinance — publication of.*

Where ordinances are required to be published before they go into effect, this requirement is essential and the publication must be made in the designated mode. (Dillon on Munic. Corp., § 265.)

CERTIORARI to the Court of Special Sessions to review the conviction of the plaintiff in error, of the misdemeanor of keeping and exposing for sale, adulterated milk.

*Lawrence & Waehner*, for plaintiff in error. *B. K. Phelps*, for defendants in error.

Opinion by BRADY, J. DAVIS, P. J., and DANIELS, J., concurred in the result for the reason that the evidence was not sufficient to justify the conviction.

Judgment reversed.